**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00968-CV

**DAVID SCOT LYND, Appellant**

**V.**

**BASS PRO OUTDOOR WORLD, INC. D/B/A BASS PRO SHOP, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-08-9862-C**

## ORDER

We **DENY** appellee's September 5, 2013 motion for leave to file a sur-reply brief.


/s/     DAVID LEWIS
         JUSTICE